**LiLaw Inc., a Law Corporation**
J. James Li (SBN 202855)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile:   (650) 521-5955
Email:   lij@lilaw.us

Attorneys for Plaintiff Sketch Guru Studios

IT IS SO ORDERED
Judge Edward J. Davila
6/28/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SKETCH GURU STUDIOS,<br>         Plaintiff,<br>     vs.<br>MAYAMSIN VALENTINE and DOES 1-10,<br>         Defendants. | Case No. 13-01706 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |

1  PLEASE TAKE NOTICE that Plaintiff Sketch Guru Studios ("Plaintiff"), by and through its
2 attorneys of record, hereby voluntarily dismisses WITHOUT prejudice the above captioned action,
3 pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
4  The Clerk shall close this file.

DATED:  June 26, 2013          L<small>I</small>L<small>AW</small> I<small>NC</small>.


By  /s/ J. James Li

J. James Li, Ph.D.
Attorneys for Sketch Guru Studios



2                                 Case No 13-01706 EJD
NOTICE OF DISMISSAL