**LiLaw Inc., a Law Corporation**
J. James Li (SBN 202855)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile:   (650) 521-5955
Email:   lij@lilaw.us

Attorneys for Plaintiff Sketch Guru Studios

IT IS SO ORDERED
Judge Edward J. Davila
6/28/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SKETCH GURU STUDIOS,<br><br>               Plaintiff,<br><br>     vs.<br><br>MAYAMSIN VALENTINE and DOES 1-10,<br><br>               Defendants. | Case No. 13-01706 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |

1  PLEASE TAKE NOTICE that Plaintiff Sketch Guru Studios ("Plaintiff"), by and through its

2 attorneys of record, hereby voluntarily dismisses WITHOUT prejudice the above captioned action,

3 pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

4  The Clerk shall close this file.

5 DATED: June 26, 2013                    L<small>I</small>L<small>AW</small> I<small>NC</small>.

6

7                                         By  /s/ J. James Li

8                                             J. James Li, Ph.D.
9                                             Attorneys for Sketch Guru Studios

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

